UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:11-CR-00373-SI |
| v. | PRELIMINARY ORDER OF FORFEITURE AND FINAL ORDER OF FORFEITURE AS TO DEFENDANT LOGAN STORM |
| LOGAN STORM, | |
| Defendant. | |

On September 20, 2011, an Indictment was filed as to defendant Logan Storm containing a forfeiture allegation. Pursuant to 18 U.S.C. § 2253, upon conviction of Count 1 of the Indictment, defendant shall forfeit to the United States the following property:

**Apple MacBook Model A1181, Serial Number W8906DGK4R1;**
**"Geek Squad" thumb drive, 4GB, Serial Number 09102742d00053; and**
**"Lexar" thumb drive, 4GB, Serial number AA04020400017503.**

On January 29, 2013, a jury found defendant Logan Storm guilty as to Count 1 of the Indictment.

By virtue of said Guilty Verdict, the United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

1. Accordingly, it is ORDERED, the United States is authorized to seize the following:

   **Apple MacBook Model A1181, Serial Number W8906DGK4R1;**
   **"Geek Squad" thumb drive, 4GB, Serial Number 09102742d00053; and**
   **"Lexar" thumb drive, 4GB, Serial number AA04020400017503.**

The assets are forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

2. The forfeited property is to be held by the Immigration and Customs Enforcement in its secure custody.

3. Pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, the United States shall publish on the official government internet site, www.forfeiture.gov, notice of this order, notice of the Treasury's intent to dispose of the property in such manner as the Secretary of the Treasury may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.  This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property. The petition must be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.  The United States may also, to the extent practicable, provide direct written notice to any person known to have

alleged an interest in property that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

    4. Pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. Upon entry of this Order, the United States is authorized to conduct discovery in identifying, locating, or disposing of the asset in accordance with Federal Rule of Criminal Procedure 32.2(b)(3).

    5. Following the Court's disposition of all petitions filed, or if no such petitions are filed within the time prescribed by law, upon proof of publication and proof of notice to any persons known to have alleged an interest in the property, the United States shall have clear title to the property as provided in Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 6th day of February, 2013.

_____
MICHAEL H. SIMON
United States District Judge

Submitted by:

S. AMANDA MARSHALL, OSB #95347
United States Attorney

*s/ Leslie J. Westphal*
**LESLIE J. WESTPHAL, OSB #83344**
Assistant United States Attorney